| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-1<br>Case 23-18964<br>District of Maryland<br>Baltimore<br>Mon Dec 18 10:51:49 EST 2023 | AES<br>ATTN: BANKRUPTCY<br>PO BOX 64378<br>ST. PAUL, MN 55164-0378 | AES<br>PO BOX 64378<br>SAINT PAUL, MN 55164-0378 |
| BG&E<br>P O BOX 1475<br>BALTIMORE, MD 21203-1475 | BROWN & BARRON, LLC<br>7 ST PAUL STREET, SUITE 800<br>BALTIMORE, MD 21202-1661 | CHERYL OSBORNE<br>46611 YORKTOWN ROAD<br>LEXINGTON PARK, MD 20653-6808 |
| CNH INDUSTRIAL CAPITAL<br>ATTN DISPUTE RESOLUTION<br>PHILADELPHIA, PA 19176 | CNH INDUSTRIAL CAPITAL<br>ATTN: BANKRUPTCY<br>PO BOX 71264<br>PHILADELPHIA, PA 19176-6264 | (p)COMPTROLLER OF MARYLAND<br>BANKRUPTCY UNIT<br>301 W PRESTON ST ROOM 409<br>BALTIMORE MD 21201-2383 |
| (p)CARROLL COUNTY GOVERNMENT<br>225 NORTH CENTER STREET<br>WESTMINSTER MD 21157-5194 | HANSEL LAW, PC<br>2514 NORTH CHARLES STREET<br>BALTIMORE, MD 21218-4601 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA 19101-7346 | JGAR FINANCIAL, LLC<br>207 WEST PARK AVENUE<br>SUITE B<br>TALLAHASSEE, FL 32301-7715 | MARY R MCCLIGGOTT, ESQUIRE<br>9805-B YORK ROAD<br>#196<br>COCKEYSVILLE, MD 21030-4913 |
| PHILLIPS CARMINE<br>7 ST PAUL STREET, SUITE 800<br>BALTIMORE, MD 21202-1661 | PNC MORTGAGE<br>ATTN: BANKRUPTCY<br>8177 WASHINGTON CHURCH RD,<br>DAYTON, OH 45458-1703 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 |
| RLJ PROPERTIES, LLC<br>1955 RUNNING BROOK DRIVE<br>WESTMINSTER, MD 21158-2709 | SOUTHPOINT FINANCIAL SERVIES, INC<br>5955 SHILOH ROAD E<br>ALPHARETTA, GA 30005-8375 | State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2226 |
| WAIS, VOGELSTEIN, FORMAN, KOCH & NORMAN,<br>1829 REISTERSTOWN ROAD<br>SUITE 425<br>PIKESVILLE, MD 21208-7107 | Brian A. Tucci<br>Brian A. Tucci, Chapter 13 Trustee<br>P.O. Box 1110<br>Millersville, MD 21108-4110 | Ricky L Jones<br>1955 Running Brook Drive<br>Westminster, MD 21158-2709 |
| Robert M. Stahl IV<br>Robert M. Stahl, LLC<br>1142 York Road<br>Lutherville, MD 21093-6202 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| COMPTROLLER OF MARYLAND<br>BANKRUPTCY UNIT<br>301 W PRESTON STREET, ROOM 409<br>BALTIMORE, MD 21201 | Carroll County<br>County Attorney's Office<br>225 N. Center Street<br>Westminster, MD 21157 | (d)Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201 |
| INTERNAL REVENUE SERVICE<br>31 HOPKINS PLAZA, ROOM 1150<br>BALTIMORE, MD 21201 | PNC MORTGAGE<br>PO BOX 8703<br>DAYTON, OH 45401 | End of Label Matrix<br>Mailable recipients    24<br>Bypassed recipients     0<br>Total                  24 |